# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00861-AP

LOYE L. REDDING,

    Plaintiff *Pro Se*,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Loye L. Redding<br>Plaintiff, Pro Se<br>P.O. Box 922<br>Florissant, CO 80816<br>719-748-3150 | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** 5/13/08
   B. **Date Complaint Was Served on U.S. Attorney's Office:** 5/25/08
   C. **Date Answer and Administrative Record Were Filed:** 7/28/08

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff *pro se* states that the administrative record is complete.
Counsel for Defendant states that the administrative record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff *pro se* states that she will submit additional evidence.
Defendant reserves the right to respond to any additional evidence, which is not part of the
certified record. Defendant does not intend to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Plaintiff *pro se* states, to the best of her knowledge, that there are no unusual claims.
Defendant, to the best of his knowledge, states that he is not aware of any unusual claims or defenses in this case.

**7. OTHER MATTERS**

Plaintiff *pro se* states that there are no other matters.
Defendant states that there are no other matters.

**8. BRIEFING SCHEDULE**

    A. **Plaintiffs Opening Brief Due:**    9/24/08
    B. **Defendant's Response Brief Due:**   10/24/08
    C. **Plaintiffs Reply Brief (If Any) Due:** 11/10/08

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiffs Statement:** Plaintiff *pro se* requests oral argument.
    B. **Defendant's Statement:** Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1© BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 18th day of August, 2008.

                                              BY THE COURT:

                                              *S/John L. Kane*
                                              U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/ Loye L. Redding 8/18/08 | TROY A. EID<br>United States Attorney |
| Loye L. Redding<br>Plaintiff, Pro Se<br>P.O. Box 922<br>Florissant, CO 80816<br>719-748-3150 | KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov |
| | s/ Debra J. Meachum 8/18/08<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>Debra.meachum@ssa.gov |